UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.S., a minor by and through his Guardian Ad Litem, Catherine D. Seames,<br><br>Plaintiff(s),<br><br>v.<br><br>KONOCTI UNIFIED SCHOOL DISTRICT, et al.,<br><br>Defendant(s). | No. C 10-0220 BZ<br><br>**ORDER TO COMPLY WITH LOCAL RULE 3-17** |

**IT IS ORDERED** that plaintiffs file the application and all other documents in compliance with Local Rule 3-17. If the involvement of a minor child must be mentioned, only the initials of that child should be used, unless otherwise ordered by the Court.

The Court has no record of Catherine D. Seames having been appointed Guardian Ad Litem for the minor. Absent such appointment this case cannot proceed.

Dated: February 1, 2010

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\E.S. V. KONOCTI\ORD TO COMPLY WITH LOCAL RULE 3-17 RE GUARDIAN AD LITEM.wpd

1