W. CHRISTIAN KRANKEMANN, SBN 220438
Attorney at Law
600 Bicentennial Way, Suite 300
Santa Rosa, California 95403
Telephone: (707) 524-4200
Facsimile: (707) 523-4610

Attorney for Plaintiff
E. S., a minor, by and through his
Guardian Ad Litem, CATHERINE D. SEAMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.S., a minor, by and through his Guardian Ad Litem, CATHERINE D. SEAMES,<br><br>Plaintiff,<br><br>v.<br><br>KONOCTI UNIFIED SCHOOL DISTRICT, and LOWER LAKE ELEMENTARY SCHOOL<br><br>Defendant. | CASE NO.: CV-10-0220-BZ<br><br>[PROPOSED] SUBSTITUTION OF ATTORNEY |

E. S., a minor, by and through his Guardian Ad Litem, CATHERINE D. SEAMES, Plaintiff, hereby substitutes:

    New Attorney: MANDY LEIGH, ESQ., LEIGH LAW GROUP

    Address: 870 Market Street, Suite 1161, San Francisco, CA 94102

    Telephone: (415) 399-9155

as attorney in the place and stead of W. CHRISTIAN KRANKEMANN

Dated: June 16, 2010

_____
E. S., a minor, by and through his Guardian Ad Litem, CATHERINE D. SEAMES

-1-
[PROPOSED] SUBSTITUTION OF ATTORNEY

1   I hereby withdraw as attorney in this matter and consent to this substitution.

3   Dated: June 18, 2010

        /s/W. Christian Krankemann
        W. CHRISTIAN KRANKEMANN
        (Present Attorney)

8   I am duly admitted to practice in this District and consent to this substitution.

Dated: June 18, 2010        LEIGH LAW GROUP

        /s/Mandy Leigh
        MANDY LEIGH
        (New Attorney)

15   IT IS SO ORDERED that the Substitution of Attorney is hereby approved/denied.

Dated: June __21__, 2010

By: _[signature]_
MAGISTRATE JUDGE BERNARD ZIMMERMAN